UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 33321
    WILLIAM F FILIPPI
    LINDA ANN FILIPPI                     CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
    SSN XXX-XX-1038    SSN XXX-XX-7647
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 09/08/04 and confirmed on 12/03/04.

  2.  The case was dismissed after confirmation, 04/25/2008.

  3.  The Debtor paid a total of $ 22588.72 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENLAR | CURRENT MORTG | .00 | .00 | .00 |
| CENLAR | MORTGAGE ARRE | 3653.00 | 1.82 | 3283.08 |
| GMAC PAYMENT CENTER | SECURED | 14132.40 | 1991.12 | 12229.29 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 699.50 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1523.77 | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MIKE BAGBYS MD | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 763.81 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4468.77 | .00 | .00 |
| PHYSICIAN HEALTH SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5124.38 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1657.25 | .00 | .00 |
| SOCIAL SECURITY ADMINIST | UNSECURED | NOT FILED | .00 | .00 |
| SOCIAL SECURITY ADMINIST | UNSECURED | NOT FILED | .00 | .00 |
| PLYMOUTH FARMS HOMEOWNER | SECURED | 1159.75 | 74.68 | 856.20 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PLYMOUTH FARMS | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 2333.01 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1540.25 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 881.22 | .00 | .00 |

           Summary of disbursements:
---

           SECURED    PRIORITY    UNSECURED    OTHER    TOTAL

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      18945.15            .00       18991.96            .00       37937.11
PRINCIPAL PAID          16368.57            .00            .00            .00       16368.57
INTEREST PAID            2067.62            .00            .00            .00        2067.62
TOTAL PAID              18436.19            .00            .00            .00       18436.19
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3425.00
and was paid $     206.00   direct and $    3219.00   through the plan.

The Trustee received $     933.53 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 33321 WILLIAM F FILIPPI & LINDA ANN FILIPPI